ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB -5 AM 9: 47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID HEATH LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-088 |
| | ) | |
| JASON MEDLIN, Warden (formerly) | ) | |
| Wheeler Correctional Facility; MR. SMITH, | ) | |
| Classification, Wheeler Correctional | ) | |
| Facility; MS. DIXON, | ) | |
| Unit Manager, Wheeler Correctional | ) | |
| Facility; and MS. SHARP, | ) | |
| Sgt., Wheeler Correctional Facility, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be

granted, and **CLOSES** this civil action.

SO ORDERED this 5th day of  Feb , 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE